IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CITY OF GALLUP NEW MEXICO, ON
BEHALF OF ITSELF AND ALL OTHER
SIMILARLY SITUATED NEW MEXICO
MUNICIPALITIES,

    Plaintiff,

    vs.                                                  CV 07-00644 JEC/CG

HOTELS.COM, L.P.; TRAVELOCITY.COM, L.P.;
HOTWIRE, INC.; TRIP NETWORK, INC. (d/b/a
CHEAP TICKETS.COM); EXPEDIA, INC.; INTERNETWORK
PUBLISHING CORP. (d/b/a LODGING.COM); LOWEST
FARE.COM, INC.; ORBITZ, LLC; PRICELINE.COM, INC.;
SITE 59.COM, LLC; and TRAVELWEB, LLC;

    Defendants.

## ORDER GRANTING MOTION TO SEAL MATERIALS

**THIS MATTER** comes before the Court on Defendant *Expedia, Inc.'s Unopposed Motion Seeking an Order to Place Under Seal Materials Publicly Filed by Plaintiff*. (Doc. 284). Defendants contend that several supplemental exhibits attached by Plaintiff in opposition to Defendants' motion for summary judgment should be sealed because the exhibits contain confidential memoranda that are protected by attorney-client privilege and the work-product doctrine. (*Id.* at 1). Defendant further states that it has filed a motion to strike the supplemental exhibits and Defendant requests that all filings with regard to the motion to strike be sealed as well. (*Id.* at 2). Plaintiff does not oppose the motion. (*Id.* at 2). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken

    **IT IS THEREFORE ORDERED** that Defendant *Expedia Inc.'s Unopposed Motion*

*Seeking an Order to Place Under Seal Materials Publicly Filed by Plaintiff*, (Doc. 284), be **GRANTED**. The *Notice of Plaintiff's Submission of Supplemental Exhibits*, (Doc. 282), shall be sealed to the public

**IT IS FURTHER ORDERED** that all filings related to Defendant *Expedia, Inc.'s Motion to Strike Notice of Plaintiff's Submission of Supplemental Exhibits in Support of Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment*, (Doc. 285), shall be filed under seal.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE